UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                    21MC103(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

LESLIE HUGGINS, (AND WIFE, MICHELLE HUGGINS),              07CV9997(AKH)

                Plaintiff(s),         **NOTICE OF APPEARANCE**

     -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         August 10, 2008

                            Yours etc.,

                            HARRIS BEACH PLLC
                            *Attorneys for Defendant*
                            **CENTURY 21, INC., BLUE**
                            **MILLENNIUM REALTY LLC**

                            _____/s/_____
                            Stanley Goos, Esq. (SG-7062)
                            100 Wall Street
                            New York, NY  10005
                            212 687-0100
                            212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on August 10, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: August 10, 2008

/s/<br>
Stanley Goos, Esq. (SG 7062)