UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                    21MC103(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

LESLIE HUGGINS, (AND WIFE, MICHELLE HUGGINS),              07CV9997(AKH)

                                        Plaintiff(s),     **NOTICE OF ADOPTION BY
                                                           MAYORE ESTATES LLC, 80
                                                           LAFAYETTE ASSOCIATES
                    -against-                              LLC, MAYORE ESTATES
                                                           LLC, and 80 LAFAYETTE
80 LAFAYETTE ASSOCIATES  LLC, et al.,                      ASSOCIATION LLC, AS
                                                           TENANTS IN COMMON OF
                                        Defendants.        ANSWER TO MASTER
                                                           COMPLAINT**

        **PLEASE TAKE NOTICE** that defendant **MAYORE ESTATES LLC, 80
LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE
ASSOCIATION LLC, AS TENANTS IN COMMON** for the building located at 22 Cortlandt
Street (Subcellar Floors 1, 2, 3, and Floors 1, 2, 3) New York, New York 10007, (hereinafter
"Mayore Estates/80 Lafayette") as and for its response to the allegations set forth in the
Complaint by Adoption (Check-Off Complaint) related to the Master Complaint in the above-
referenced action, herein adopts Mayore Estates/80 Lafayette's Answer to Master Complaint
dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower
Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).  To the extent that Mayore Estates/80
Lafayette's Answer to the Master Complaint does not comprehensively address any of the
specific allegations within the Check-Off Complaint in the above-captioned matter, Mayore
Estates/80 Lafayette denies the truth of such specific allegations.

**WHEREFORE**, Mayore Estates/80 Lafayette demands judgment dismissing the above-

captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
        August 10, 2008

> **HARRIS BEACH PLLC**
> *Attorneys for Defendant*
> **MAYORE ESTATES LLC, 80 LAFAYETTE**
> **ASSOCIATES LLC, MAYORE ESTATES**
> **LLC, and 80 LAFAYETTE ASSOCIATION**
> **LLC, AS TENANTS IN COMMON**
>
>
> _____/s/_____
> Stanley Goos, Esq.  (SG 7062)
> 100 Wall Street, 23rd Floor
> New York, New York 10005
> (212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006
*Attorneys for Plaintiff*

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
*Liaison Counsel for the Defendants*

**All Counsel via ECF**

**CERTIFICATION AS TO SERVICE**

The undersigned certifies that on August 10, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

1.    Notice of Adoption by Mayore Estates LLC, 80 Lafayette Associates LLC, Mayore Estates LLC, And 80 Lafayette Association LLC, as Tenants in Common of Answer to Master Complaint.

Dated: August 10, 2008

 

 

 

 

                               /s/

Stanley Goos, Esq. (SG 7062)